UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE HOWARD,<br><br>    Petitioner,<br><br>    v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>    Respondent. | 1:06-CV-1818 OWW LJO HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION (DOCUMENT #7) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 8, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted a thirty day extension to April 5, 2007 which to file his amended petition.

IT IS SO ORDERED.

**Dated:   February 14, 2007**           **/s/ Dennis L. Beck**
23ehd0                                                         UNITED STATES MAGISTRATE JUDGE