UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH WAYNE HOWARD, | ) | 1:06-CV-01818 OWW NEW (DLB) HC |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| v. | ) ) | [Doc. #14] |
| ROSANNE CAMPBELL, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 25, 2007, the undersigned issued an order denying appointment of counsel. Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b) on May 21, 2007.

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the

1 operation of the judgment.

2 Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence
3 that have not already been considered by this Court. Petitioner's arguments present no basis for
4 relief.

5 Accordingly, Petitioner's Motion for Reconsideration is DENIED.

6 IT IS SO ORDERED.

7 Dated: **May 25, 2007**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE