1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

13  KENNETH WAYNE HOWARD,                )        1:06-CV-01818 OWW NEW (DLB) HC
                                                 )
14              Petitioner,               )        ORDER ADOPTING FINDINGS AND
                                                 )        RECOMMENDATION
                                                 )        [Doc. #17]
15       v.                               )
                                                 )        ORDER DENYING PETITIONER'S
16                                               )        MOTION FOR DEFAULT JUDGMENT
    ROSEANNE CAMPBELL, Warden,            )        [Doc. #16]
17                                               )
                Respondent.               )
18  _____  )

19
20          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.
21
            On August 23, 2007, the Magistrate Judge issued a Findings and Recommendation that
22
recommended Petitioner's motion for default judgment be DENIED. This Findings and
23
Recommendation was served on all parties and contained notice that any objections to the Findings
24
and Recommendation were to be filed within thirty (30) days of the date of service of the order.
25
Over thirty (30) days have passed and no party has filed objections.
26
            In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
27
*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
28

1    and Recommendation is supported by the record and proper analysis.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. The Findings and Recommendation issued August 23, 2007, is ADOPTED IN FULL;

4         2. Petitioner's motion for default judgment is DENIED; and

5         3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

6    IT IS SO ORDERED.

7    **Dated:    October 3, 2007          _____/s/ Oliver W. Wanger_____**
                                    UNITED STATES DISTRICT JUDGE