IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE HOWARD, | 1:06-cv-01818-OWW-GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER |
| vs. | |
| ROSANNE CAMPBELL, WARDEN, | (DOCUMENT #23) |
| Respondent. | (30) THIRTY DAY DEADLINE |

On November 15, 2007, Respondent filed a motion to extend time to file an answer. On December 3, 2007, Respondent filed her answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Respondent is granted an extension of time nunc pro tunc to December 3, 2007, to file her answer.

IT IS SO ORDERED.

Dated:   **December 12, 2007**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE